# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MATTHEW NELSON,

    Plaintiff(s),

v.

AD ASTRA RECOVERY SERVICES, INC., et al.,

    Defendant(s).

Case No.: 2:19-cv-01755-GMN-NJK

**ORDER**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than January 6, 2020.

    IT IS SO ORDERED.

    Dated: December 26, 2019

                                            Nancy J. Koppe
                                            United States Magistrate Judge