VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
6787 W. Tropicana Ave., Suite 103
Las Vegas, NV 89103
Telephone: 702-476-2500
Facsimile: 702-476-2788
E-mail : vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Matthew Nelson*

# UNITED STATES DISTRICT COURT

# STATE OF NEVADA

| | |
|---|---|
| MATTHEW NELSON,<br><br>    Plaintiff,<br><br>v.<br><br>AD ASTRA RECOVERY SERVICES, INC., EXPERIAN INFORMATION SERVICES, INC., TRANSUNION, LLC, and EQUIFAX, INC.,<br><br>    Defendants. | CASE NO.: 2:19-cv-01755-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS AD ASTRA RECOVERY SERVICES, INC. WITH PREJUDICE** |

This Stipulation and Order to Dismiss the above entitled action with prejudice is made and entered into by and between Plaintiff, MATTHEW NELSON and Defendant AD ASTRA RECOVERY SERVICES, INC., by and through their respective undersigned counsel of record.

IT IS HEREBY STIPULATED between the parties to the above-entitled action, through their respective counsel of record, that the action be dismissed with prejudice as to Defendant AD ASTRA RECOVERY SERVICES, INC., with each party to bear their own costs and fees.

. . .

. . .

. . .

. . .

. . .

IT IS SO STIPULATED.

DATED this 31st day of January, 2020.

**THE LAW OFFICE OF VERNON NELSON**

*/s/ Vernon A. Nelson*
VERNON A. NELSON, JR., ESQ.
Nevada Bar No. 6434
6787 W. Tropicana Ave., Suite 103
Las Vegas, NV 89103
*Attorney for Plaintiff Matthew Nelson*

DATED this 31st day of January. 2020.

SPENCER FANE, LLP

*/s/ Mary E. Bacon*
MARY E. BACON, ESQ.
Nevada Bar No.: 012686
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Tel: 702-408-3411
Fax: 702-408-3401
Email: mbacon@spencerfane.com
*Attorneys for Defendant*
*Ad Astra Recovery Services, Inc.*

Respectfully Submitted:

**THE LAW OFFICE OF VERNON NELSON**

*/s/ Vernon A. Nelson, Esq.*

VERNON A. NELSON, JR., ESQ.
Nevada Bar No. 6434
6787 W. Tropicana Ave., Suite 103
Las Vegas, NV 89103
*Attorney for Plaintiff Matthew Nelson*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that Defendant Ad Astra Recovery Services, Inc.'s Motion to Dismiss, (ECF No. 24), is **DISMISSED as moot.**

Dated this __3__ day of __February__, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT